IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3131 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM |
| ANTONIO AMILCAR VELASQUEZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has submitted a letter requesting that I appoint his retained counsel as counsel under the Criminal Justice Act. With that in mind,

IT IS ORDERED that:

(1) The Clerk shall file the letter and, treated as a motion, it is denied without prejudice. The defendant is instructed not to correspond with me. All contact with the undersigned should be through counsel.

(2) If defense counsel desires to seek appointment under the Criminal Justice Act, I will consider such a motion.

(3) A copy of this memorandum and order shall be provided to the defendant, defense counsel and counsel for the government.

DATED this 28th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge