IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:09CR3131 |
| V. | ) ) ) | |
| ANTONIO AMILCAR VELASQUEZ, | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that the defendant's motion (filing 60) to continue sentencing is granted. Counsel for the defendant and counsel for the government shall contract Kris Leininger by telephone on or after June 14, 2010 to arrange a specific date and time.

DATED this 8th day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge