IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTONIO AMILCAR VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Velasquez's evidentiary hearing and sentencing are rescheduled to Wednesday, July 21, 2010, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated June 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge