IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3131 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTONIO AMILCAR VELASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the motion for appointment as counsel under Criminal Justice Act (filing 63) is granted. Joshua D. Barber's appointment shall be retroactive as of the date of his first appearance in this matter, which was on December 21, 2009. The Federal Public Defender shall provide Mr. Barber with a voucher.

    DATED this 21st day of July, 2010.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge